HUMPHREYS v. SCHLENK ET AL.

JUDGMENT CREDITOR FAILING TO LEVY EXECUTION RETAINS LIEN BUT LOSES PRIORITY AS TO OTHER LIENS IN FORCE.
  A judgment creditor, not having levied his execution for more than a year as required by R. S. 5415 (Gen. Code 11708), while retaining his lien, loses his priority as to a subsequent judgment upon which execution was levied within such year.

ERROR to common pleas court.

*Morrison R. Waite,* for plaintiff in error.
*Owen N. Kinney,* for defendant in error.

**SWING, J.**

This is a question as to priority of liens. Schlenk's judgment is prior in time and is a lien on the lands in controversy, but not having been levied on the lands of the debtor within one year from the time of the rendition of the judgment under the provisions of R. S. 5415 (Gen. Code 11708, 11709), it lost its priority to the judgment of Humphrey's, which was rendered subsequent and which was levied on the lands in question. *Earnfit* v. *Winans,* 3 Ohio 135, 136; *Corwin* v. *Benham,* 2 Ohio St. 36; *Bish* v. *Burns,* 4 Circ. Dec. 598 (7 R. 285).

**Giffen** and **Smith, JJ.,** concur.